IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cordova, Yesenia

Printed: 11/20/07

Case Number: 05 B 20856
Judge: Wedoff, Eugene R

Filed: 5/24/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 1, 2007
Confirmed: July 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 39,600.00 |  |
| Secured: |  | 29,267.89 |
| Unsecured: |  | 4,067.88 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,009.20 |
| Trustee Fee: |  | 1,855.87 |
| Other Funds: |  | 2,399.16 |
| Totals: | 39,600.00 | 39,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,009.20 | 2,009.20 |
| 2. | Litton Loan Servicing | Secured | 32,179.94 | 25,451.07 |
| 3. | Litton Loan Servicing | Secured | 4,742.55 | 1,476.84 |
| 4. | Nissan Motor Acceptance Corporation | Secured | 2,339.98 | 2,339.98 |
| 5. | AT&T Wireless | Unsecured | 236.99 | 707.23 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 651.77 | 1,945.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 2,373.89 | 0.00 |
| 8. | DeVry Institute of Technology | Unsecured | 474.38 | 1,415.65 |
| 9. | DMC | Unsecured |  | No Claim Filed |
| 10. | Associates National Bank | Unsecured |  | No Claim Filed |
| 11. | Associates National Bank | Unsecured |  | No Claim Filed |
| 12. | Chicago Physicians | Unsecured |  | No Claim Filed |
| 13. | Card Member Services | Unsecured |  | No Claim Filed |
| 14. | First Premier | Unsecured |  | No Claim Filed |
| 15. | Wachovia Bank | Unsecured |  | No Claim Filed |
| 16. | Prodigy Communications | Unsecured |  | No Claim Filed |
| 17. | Providian | Unsecured |  | No Claim Filed |
| 18. | First Bank | Unsecured |  | No Claim Filed |
| 19. | St Augustines | Unsecured |  | No Claim Filed |
| 20. | Swedish Covenant Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 45,008.70 | $ 35,344.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 146.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cordova, Yesenia                    Case Number:  05 B 20856
                                                Judge:  Wedoff, Eugene R
   Printed:  11/20/07                           Filed:  5/24/05

|       |          |
|-------|----------|
| 5.5%  |   904.20 |
| 5%    |   164.00 |
| 4.8%  |   314.88 |
| 5.4%  |   326.64 |
|       | _____ |
|       | $ 1,855.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____